AUTHORIZATION AGREEMENT
FOR NEGOTIATION AND EXECUTION
OF LABOR AGREEMENT

The signatory employer (hereinafter the "Employer") hereby designates the LABOR RELATIONS DIVISION, CINCINNATI DIVISION, ASSOCIATED GENERAL CONTRACTORS OF OHIO (AGC) (hereinafter the LRD) as its negotiation agent for the purpose of negotiating a collective bargaining agreement between the Employer and  CINCINNATI PLASTERERS, OHIO LOCAL No. 132 of OPERATIVE PLASTERERS AND CEMENT MASONS INTERNATIONAL UNION  expiring by its terms on __June 30, 2021__ . The Employer hereby waives all rights to bargaining individually or directly with the above listed labor organization and agrees to give the LRD full power and authority to enter into a labor contract on the Employer's behalf which labor contract the Employer will execute, if requested to do so by the LRD.

This agreement is entered into by the Employer for good and valuable consideration including the agreement of the LRD to act as the Employer's bargaining agent and the agreement of other employers to be bound by similar terms under similar agreements with the LRD. This agreement shall continue in full force and effect from its acceptance by the LRD until the negotiations of the labor agreement for which the LRD is designated to act as the Employer's bargaining agent are concluded.

WITNESSES:

_____ date_____     OMNI FIREPROOFING CO.
                                                  Company Name

_____ date_____     _Ken Bro_____ date 6-7-21
                                                  Authorized Signature

WITNESSES:

_____ date_____     Cincinnati Division, Associated General
                                                  Contractors of Ohio

_____ date_____     _____ date _____
                                                  Authorized Signature