MEMORANDUM OF UNDERSTANDING BETWEEN
OPERATIVE PLASTERERS AND CEMENT MASONS
CINCINNATI AREA LOCAL 132
AND THE
PLASTERER EMPLOYERS DIVISION,
WALLS AND CEILING CONTRACTORS ASSOCIATION OF GREATER CINCINNATI

All terms and conditions of the current agreement continue in effect except those listed below:

1. **Wage Increase are as follows:**
    $1.25 effective July 1, 2020

2. **Length of Contract:** 1 year

3. **New Contract Date** – July 1, 2020 – June 30, 2021

This Agreement, except as modified herein, shall be in force and effective until June 30, 2021.

Signed the ____16th____ day of ____June____, 2020.

_____
Richard J. Goforth, Business Representative,
Operative Plasterers and Cement Masons
International Union, Local 132 Cincinnati Area
10490 N. State Street
Harrison, Ohio 45030

_____
Terry M. Phillips
Plasterer Employers Division.
Walls & Ceiling Contractors Association of Greater Cincinnati
3 Kovach Drive, Cincinnati, OH 45215