**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| Directors of the Ohio Conference of Plasterers and Cement Masons Combined Funds, Inc., *et al.*, | ) Case No. 23-cv-00180-MWM-SKB ) ) Judge Matthew W. McFarland |
| Plaintiffs, | ) ) Magistrate Judge Stephanie K. Bowman |
| -vs- | ) ) |
| Omni Fireproofing Co., LLC, | ) **MOTION FOR SUBSTITUTION OF** ) **COUNSEL FOR PLAINTIFF** ) **DIRECTORS OF THE OHIO** ) **CONFERENCE OF PLASTERERS AND** |
| Defendant. | ) **CEMENT MASONS COMBINED** ) **FUNDS, INC.** |

\* \* \*

COMES NOW, Plaintiff, Directors of the Ohio Conference of Plasterers and Cement Masons Combined Funds, Inc. (the "Fund"), and hereby moves this Honorable Court for entry of an Order allowing substitution of attorneys in the above-captioned matter. Specifically, the Fund move the Court for Katherine S. Decker of the law firm Shumaker, Loop & Kendrick, LLP to enter her appearance as counsel for the Fund in substitution for Jennie G. Arnold, Thomas R. Kendall, and Paul E. Stoehr, of the law firm Ledbetter Partners LLC. Ms. Arnold and Messrs. Kendall and Stoehr respectfully request to withdraw as counsel for the Fund, who is aware of and consents to this withdrawal and the substitution of Ms. Decker.

A proposed order is attached for the convenience of the Court.

31084838v2

Respectfully submitted,

| **WITHDRAWING ATTORNEYS** | **SUBSTITUTING ATTORNEY** |
|---|---|
| /s/ *Jennie G. Arnold* | /s/ *Katherine S. Decker* |
| Jennie G. Arnold (0084697) | Katherine S. Decker (0085600) |
| LEDBETTER PARTNERS LLC | SHUMAKER, LOOP & KENDRICK, LLP |
| 5078 Wooster Road, Suite 400 | 1000 Jackson Street |
| Cincinnati, Ohio 45226 | Toledo, Ohio 43604 |
| Telephone: 937.619.0900 | Telephone: 419.241.9000 |
| Facsimile: 937.619.0999 | Facsimile: 419.241.6894 |
| Email: jarnold@fringebenefitlaw.com | Email: kdecker@shumaker.com |

/s/ *Thomas R. Kendall*
Thomas R. Kendall (0080996)
LEDBETTER PARTNERS LLC
5078 Wooster Road, Suite 400
Cincinnati, Ohio 45226
Telephone: 937.619.0900
Facsimile: 937.619.0999
Email: tkendall@fringebenefitlaw.com

/s/ *Paul E. Stoehr*
Paul E. Stoehr (0096213)
LEDBETTER PARTNERS LLC
5078 Wooster Road, Suite 400
Cincinnati, Ohio 45226
Telephone: 937.619.0900
Facsimile: 937.619.0999
Email: pstoehr@fringebenefitlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2024 the foregoing document was electronically filed with the Court's CM/ECF system, which will electronically serve all counsel of record.

/s/ *Katherine S. Decker*
Katherine S. Decker (0085600)
SHUMAKER, LOOP & KENDRICK, LLP