# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| Directors of the Ohio Conference of Plasterers and Cement Masons Combined Funds, Inc., *et al.*, | Case No. 23-cv-00180-MWM-SKB |
| | Judge Matthew W. McFarland |
| Plaintiffs, | Magistrate Judge Stephanie K. Bowman |
| -vs- | |
| Omni Fireproofing Co., LLC, | |
| Defendant. | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.3(e) **and 83.4(a)**, Katherine S. Decker, trial attorney for Plaintiffs Directors of the Ohio Conference of Plasterers and Cement Masons Combined Funds, Inc. and Trustees of the Plasterers Local No. 1 Pension Plan (collectively, "Plaintiffs") in the above-referenced action, hereby moves the court to admit Amy L. Court, *pro hac vice* to appear and participate as counsel or co-counsel in this case for Plaintiffs.

Movant represents that Amy L. Court is a member in good standing of the highest court of Minnesota as attested by the accompanying certificate from that court and that Amy L. Court is not eligible to become a permanent bar of this Court.  This Motion is accompanied by the required filing fee.

Amy L. Court's relevant identifying information is as follows:

Business telephone: 612-605- 9123          Business fax: 612-605-9121

Business address:   8400 Normandale Lake Boulevard, Suite 920

                          Bloomington, MN 55437

Business e-mail address: acourt@shumaker.com

32646959v2

Dated: March 31, 2025　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Katherine S. Decker*
　　　　　　　　　　　　　　　　　　　　Katherine S. Decker (0085600)
　　　　　　　　　　　　　　　　　　　　SHUMAKER, LOOP & KENDRICK, LLP
　　　　　　　　　　　　　　　　　　　　1000 Jackson Street
　　　　　　　　　　　　　　　　　　　　Toledo, Ohio 43604
　　　　　　　　　　　　　　　　　　　　Telephone: 419.241.9000
　　　　　　　　　　　　　　　　　　　　Facsimile:  419.241.6894
　　　　　　　　　　　　　　　　　　　　Email: kdecker@shumaker.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

This is to certify that on this 31st day of March, 2025 a copy of the foregoing was electronically filed and served through the Court's ECF System.  All parties may access a copy of this document through the Court's system.

　　　　　　　　　　　　　　　　　　　　*/s/Katherine S. Decker*
　　　　　　　　　　　　　　　　　　　　Katherine S. Decker (0085600)
　　　　　　　　　　　　　　　　　　　　SHUMAKER, LOOP & KENDRICK, LLP

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*